

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00042-CR

Keith **COLEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 425564
Honorable Jason Wolff, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 15, 2014.

_____
Rebeca C. Martinez, Justice